THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD | § | |
| EXHIBITIONS, LLC, ET AL., | § | |
| | § | CHAPTER 7 |
| DEBTORS. | § | |
| | § | |
| RANDOLPH N. OSHEROW, | § | |
| Chapter 7 Trustee of the Bankruptcy | § | |
| Estates of Legendary Field Exhibitions, LLC; | § | |
| et al | § | |
| PLAINTIFF, | § | |
| v. | § | ADV. PROC. NO. 22-05078-cag |
| | § | |
| THOMAS DUNDON, et al | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS FROM DEFENDANT THOMAS DUNDON**

On this date came on for consideration the Motion filed by Randolph Osherow, ("Trustee"),

-1-

as the Chapter 7 Trustee of the Bankruptcy Estates of Legendary Field Exhibitions, LLC; AAF Players, LLC; AAF Properties, LLC; Ebersol Sports Media Group, Inc.; LFE 2, LLC; and We Are Realtime, LLC, seeking to Compel Production of Documents From Defendant Thomas Dundon filed on September 17, 2024. Having read the briefs and heard the arguments of the parties, the Court finds that the Motion to Compel should be granted.

**IT IS, THEREFORE, ORDERED** that Trustee's Motion to Compel Production of Documents From Defendant Thomas Dundon is GRANTED, that Defendant Dundon's objections to Trustee's Requests for Production 111-132, 135, and 138-140 are OVERRULED, and Defendant Dundon is hereby ordered to produce all responsive documents within seven days of the entry of this order. Defendant Dundon may, in lieu of directly producing tax documents duplicative of those in the possession of Non-Party PricewaterhouseCoopers LLP ("PwC"), instead authorize PwC to produce those documents by executing a release pursuant to 26 U.S.C. § 7216 within three days of the entry of this order.

# # # END OF ORDER # # #

Submitted by:

**Nicole L. Williams** (SBN 24041784)
**Katharine Battaia Clark** (SBN 24046712)
**Thompson Coburn LLP**
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Phone: (972) 629-7100
Fax: (972) 629-7171
nwilliams@thompsoncoburn.com
kclark@thompsoncoburn.com

**and**

**Boris Treyzon** (CA SBN 18893)
Admitted *Pro Hac Vice*
**Jonathon Farahi** (CA SBN 324316)
Admitted *Pro Hac Vice*
**Abir Cohen Treyzon Salo, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
Phone: (424) 288-4367
Fax: (424-288-4368
btreyzon@actslaw.com
jfarahi@actslaw.com

**and**

**Brian S. Engel** (SBN 00789279)
**Steve P. Turner** (SBN: (20314700)
**Barrett Daffin Frappier Turner & Engel, LLP**
580 La Ventana Blvd.
Driftwood, Texas 78619
Phone: (512) 687-2503
Fax: (512) 477-0008
brianen@bdfgroup.com
stevet@bdfgroup.com

**ATTORNEYS FOR PLAINTIFFS
RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE, DEBTORS' ESTATE**