IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>LEGENDARY FIELD EXHIBITIONS, LLC, ET AL.,<br><br>DEBTORS. | § § § § § § § § § | CASE NO. 19-50900-CAG-7<br><br>CHAPTER 7 |
| RANDOLPH N. OSHEROW,<br>Chapter 7 Trustee, and the Bankruptcy Estates of Legendary Field Exhibitions, LLC; AAF Players, LLC; AAF Properties, LLC; Ebersol Sports Media Group, Inc.; LFE 2, LLC; and We Are Realtime, LLC,<br><br>PLAINTIFFS,<br><br>v.<br><br>THOMAS DUNDON; JOHN ZUTTER; and DUNDON CAPITAL PARTNERS, LLC,<br><br>DEFENDANTS. | § § § § § § § § § § § § § § § § § § | ADV. PROC. NO. 22-05078<br>ADV. PROC. NO. 22-05077 |

## STIPULATION

This Stipulation is entered into this 2nd day of December 2024, by and between (i) Randolph N. Osherow, Chapter 7, Plaintiff and (ii) Thomas Dundon, John Zutter and Dundon Capital Partners, LLC ("Defendants").



Plaintiffs and defendants agree to the following deadlines to control the remaining pretrial matters:

| | |
|---|---|
| December 2, 2024 | **Plaintiffs' Expert Witness Designation.** Contingent on full production per the order of this Court on October 23, 2024. |
| December 16, 2024 | **Plaintiffs' Expert Depositions**. Plaintiffs will tender their designated experts, if any, on or before this date. |
| December 31, 2024 | **Defendants' Expert Witness Designation** |
| December 13, 2024 | **Fact Discovery Completion Deadline** |
| January 13, 2024 | **Defendants' Expert Depositions**. The parties have agreed that the Defendants' expert deadline can take place after the discovery competition deadline. |
| December 13, 2024 | **Deadline to file Dispositive Motions** |
| January 13, 2024 | **Deadline to file Daubert Motions** |
| 10 days after deposition of the expert being rebutted. | **Rebuttal Expert Deadline** |
| 20 days before first day of trial | **Deadline to Exchange Exhibits, Exhibit Lists, Witness Lists, Deposition Designations and Estimates of Trial Time** |
| 20 days before first day of trial | **Deadline to file Joint Pretrial Order, Proposed Findings of Fact and Conclusions of Law** |
| 14 days before first day of trial | **Deadline to exchange objections to exhibits, deposition designations and to confer regarding motions in limine and trial logistics** |
| 7 days before first day of trial | **Deadline to confer regarding objections to exhibits and file any Motions in Limine** |
| 2 days before first day of trial | **Deadline to file Joint Exhibit List** noting which exhibits are agreed and objections if exhibits are not agreed, combined deposition designations/objections and motions in limine |
| 1 day before first Day of trial | **Pretrial Hearing** (at Court's preference) |

The foregoing is acknowledged, agreed, and stipulated by each of the following parties, as evidenced by the signature of undersigned counsel as of November 7, 2024.

<u>/s/ Nicole L. Williams</u>
Nicole L. Williams (SBN 24041784)
Katharine Battaia Clark (SBN 24046712)
**Thompson Coburn LLP**
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
Phone: (972) 629-7113
Fax: (927) 629-7171
nwilliams@thompsoncoburn.com
kclark@thompsoncoburn.com

- and –

Boris Treyzon (CA SBN 18893)
Jonathon Farahi (CA SBN 324316)
**Abir Cohen Treyzon Salo, LLP**
16001 Ventura Boulevard, Suite 200
Encino, CA 91436
Phone: (424) 288-4367
Fax: (424) 288-4368
btreyzon@actslaw.com
jfarahi@actslaw.com

- and -

Brian S. Engel (SBN 00789279)
Steve P. Turner (SBN 20314700)
**Barrett Daffin Frappier Turner & Engel, LLP**
580 La Ventana Blvd.
Driftwood, TX 78619
Phone: 512-687-2503
Fax: (512) 477-0008
briannen@bdfgroup.com
stevet@bdfgroup.com

**ATTORNEYS FOR PLAINTIFFS RANDOLPH N. OSHEROW, CHAPTER 7 TRUSTEE, DEBTORS' ESTATE**

<u>*Jeffrey S. Lowenstein*</u>
Jeffrey S. Lowenstein (SBN 24007574)
Beverly A. Whitley (SBN 21374500)
Brent A. Turman (SBN 24077506)
Sydnie A. Shimkus (SBN 24093783)
**Bell Nunnally & Martin LLP**
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
Phone: 214-740-1400
Fax: 214-740-1499

- and -

<u>*Brent D. Hockaday*</u>
Brent D. Hockaday {SBN: 24071295)
**K&L Gates LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Phone: 214-939-5677
Fax: 214-939-5849

**ATTORNEYS FOR DEFENDANTS**

**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**

<u>/s/ Michael J. Saltz</u>

Michael J Saltz
Simone E Poyourow
1880 Century Park East, Suite 900
Los Angeles, CA 90067
310-446-9900
Fax: 310-446-9909
Email: msaltz@jrsnd.com
spoyourow@jrsnd.com

-and-

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
Tom Horan
700 North Pearl Street, Suite 2500
Dallas, TX 75201
214-871-8241
Fax: 214-871-8209
Email: thoran@thompsoncoe.com

**ATTORNEYS FOR CHARLIE EBERSOL**

# CERTIFICATE OF SERVICE

I hereby certify that, on this the 2nd day of December 2024, a true and correct copy of the foregoing document was served to the below listed parties via electronic means as listed on the Court's ECF noticing system or by electronic mail.

Brent D. Hockaday
K&L Gates LLP
1717 Main St., Suite 2800
Dallas, TX 75201
brent.hockaday@klgates.com

Jeffrey S. Lowenstein
Beverly A. Whitley
Brent A. Turman
Sydnie A. Shimkus
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
jlowenstein@bellnunnally.com
bwhitley&bellnunnally.com
bturman@bellnunnally.com
sshimkus@bellnunnally.com

*/s/ Katharine Battaia Clark*
Katharine Battaia Clark