

# FILED SEPARATELY UNDER SEAL