EXHIBIT 10

```
 1              UNITED STATES BANKRUPTCY COURT
 2            FOR THE WESTERN DISTRICT OF TEXAS
 3                   SAN ANTONIO DIVISION
 4                         ---oOo---
 5   IN RE:                                CASE NO.
                                           19-50900-CAG-7
 6   LEGENDARY FIELD
     EXHIBITIONS, LC, ET AL.,
 7                                         CHAPTER 7
              DEBTORS.
 8   _____/
 9   RANDOLPH N. OSHEROW, Chapter
     7 Trustee of the Bankruptcy
10   Estates of Legendary Field
     Exhibitions, LLC; AAF Players,
11   LLC; AAF Properties, LLC;
     Ebersol Sports Media Group, Inc.;
12   LFE 2, LLC; and We Are Realtime,
     LLC
13
              PLAINTIFF,
14   vs.
                                           ADV.PROC.NO.
15   DUNDON CAPITAL PARTNERS, LLC;         22-05078-cag
     THOMAS DUNDON; AND JOHN ZUTTER,
16
              DEFENDANTS.
17   _____/
18
19         VIDEOTAPED DEPOSITION OF KEVIN FARRELL
20
                     November 4, 2024
21
22
23   Reported by Diana L. Gonzalez, CSR No. 7935
24   Job No. 6990535
25   Pages 1 - 280
```

Page 1

| | | |
|---|---|---|
| 1 | enough detail for our purposes.  How did you come | |
| 2 | to be associated with the AAF?  Can you help us | |
| 3 | understand that? | |
| 4 |     A.  Sure.  I had a mutual connection, a woman | |
| 5 | who I worked with, Teri Dahlbeck, and I was | 09:15 |
| 6 | supporting her in a team-building exercise that she | |
| 7 | was hosting for the AAF and got to know the | |
| 8 | leadership team through that team-building | |
| 9 | exercise.  This would have been back in the fall of | |
| 10 | 2018.  And they needed some operations help, so I | 09:16 |
| 11 | came in as a consultant first or contractor.  That | |
| 12 | lasted for a couple of months until they picked me | |
| 13 | up onto the team full-time.  Full-time permanent as | |
| 14 | an employee. | |
| 15 |     Q.  I see.  So they offered you a position as | 09:16 |
| 16 | an employee at some point in 2018? | |
| 17 |     A.  Yes.  Latter part of `18.  Yes. | |
| 18 |     Q.  Got it.  And can you remember when you | |
| 19 | started being a consultant month-wise?  Midyear? | |
| 20 | Third quarter?  Best you can do. | 09:16 |
| 21 |     A.  It was September of that -- where we did | |
| 22 | the team-building exercise.  September of `18. | |
| 23 |     Q.  And -- | |
| 24 |     A.  I don't recall the exact date of the | |
| 25 | transition to employment. | 09:16 |

Page 17

| | | |
|---|---|---|
| 1 | Q. It's okay. Who did you first speak to | |
| 2 | about taking a consulting position with the AAF? | |
| 3 | A. Well, Teri. But Teri was also acting as a | |
| 4 | coach, mentor, advisor to Charlie Ebersol, and that | |
| 5 | was the mutual connection. So I met on that | 09:17 |
| 6 | team-building day most of the leadership, except | |
| 7 | for Bill Polian, for the AAF. | |
| 8 | Q. And tell me, if you can, just in the most | |
| 9 | general terms, what was, as you understood it, your | |
| 10 | function with the AAF? | 09:17 |
| 11 | A. I -- I don't think it was a job | |
| 12 | description that was fleshed out in a document, | |
| 13 | right. They needed help. They were trying to | |
| 14 | build -- we were trying to build something fast, | |
| 15 | and there was need for hiring, onboarding, | 09:17 |
| 16 | provisioning, getting up vendor- -- setting up | |
| 17 | vendors, paying vendors, so there was a lot of | |
| 18 | operational and logistic items that needed support, | |
| 19 | and that's where I come into. | |
| 20 | So in terms of figuring out what the job | 09:18 |
| 21 | was, it was go as I could, like try to catch up to | |
| 22 | everything that needed to be done to put football | |
| 23 | on the field in the spring. | |
| 24 | Q. Got it. I've always said that every | |
| 25 | person makes the job when they get there. | 09:18 |

Page 18

| | | |
|---|---|---|
| 1 | sheet is, but I do not know that term sheet. | |
| 2 |     Q.  I won't ask you to be a lawyer.  Who is | |
| 3 | Dundon Capital Partners?  Do you have an | |
| 4 | understanding of what that entity is? | |
| 5 |     A.  I do. | 09:39 |
| 6 |     Q.  And tell me what your understanding of | |
| 7 | what that entity is. | |
| 8 |     A.  So Dundon Capital Partners -- I know Tom | |
| 9 | Dundon and folks in his leadership crew had a | |
| 10 | series of businesses or a set of businesses, | 09:40 |
| 11 | including Carvana, Topgolf -- | |
| 12 |     Q.  How do you know -- how do you know that? | |
| 13 | Is that just from the internet, or did Mr. Dundon | |
| 14 | tell you?  How did that come about?  Sorry to | |
| 15 | interrupt you. | 09:40 |
| 16 |     A.  Conversations with his leadership team. | |
| 17 | 'Cause there was a point in time where we were all | |
| 18 | called down to Dallas on a weekly basis. | |
| 19 |     Q.  We'll talk about that in a second. | |
| 20 |     A.  So getting to know his leadership team and | 09:40 |
| 21 | also learning more about his background and the | |
| 22 | Carolina Hurricanes.  Maybe it was internet search, | |
| 23 | maybe it was just because I knew they were going to | |
| 24 | see the Hurricanes, or they were talking about a | |
| 25 | Topgolf promotion.  So it just became -- I became | 09:40 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    people, which was John Zutter, Jeff Vanderbilt, Tom
 2    Dundon -- Jason Kulas may or may not have been
 3    there that day.  He was kind of not as much of a
 4    regular.  There were some other people that would
 5    come and go that were part of the extended team,          10:07
 6    but those were the -- the folks in that leadership
 7    would have been Dundon, John Zutter and Jeff
 8    Vanderbilt.
 9         Q.  Who was there from the AAF side of things?
10         A.  Certainly Charlie, Alan Kantowitz, myself,       10:07
11    Tom Veit.  There were several meetings, so I -- of
12    the people that would eventually go to Dallas is
13    kind of how I see the -- the room view.  In terms
14    of having precision about who was on that day's
15    meeting, I'm going to miss those details.  But over       10:07
16    time Tom Veit was in Dallas.  He was probably there
17    that day.  Kellie Vugrincic would eventually be in
18    Dallas.  I don't think she was there on that day,
19    so -- but certainly Charlie, Alan, myself and Tom
20    would have been there.                                    10:07
21         MR. ENGEL:  Let me stop you for a second.
22         Madam Reporter, Vugrincic,
23    V-u-g-r-i-n-c-i-c.
24         THE COURT REPORTER:  Thank you.
25         MR. ENGEL:  Yes, ma'am.  You were going to           10:08
```

Page 55

```
 1         A.   Nothing at this level of detail or
 2   proximity.
 3         Q.   Okay.  That's just not something you were
 4   asked to be involved with?
 5         A.   No.  I didn't have an organization.              11:40
 6         Q.   No one worked for you?
 7         A.   No.
 8         Q.   I didn't understand that.  The accounting
 9   group did not work for you?
10         A.   Not -- no, because they were -- the              11:40
11   accounting group was based in Tampa, and they
12   reported to Tom Veit.  KBC was a vendor that was
13   brought in by Kevin Freedman.
14         Q.   Got it.  Okay.
15              Switching gears on you a little bit.  I          11:40
16   want to take you forward out of February -- or to
17   the end of February and ask you this.  During the
18   month of February, were you in Dallas weekly?
19         A.   From that 18th or 17th, as it would be, I
20   was there weekly from that point on until the               11:41
21   league disbanded?  I believe -- maybe there was one
22   week that got skipped, but it was weekly, to my
23   recollection.
24         Q.   So you were -- when you were dealing with
25   Mr. Vanderbilt, that was a personal thing; you were         11:42
```

Page 109

```
1          A.    No.
2          Q.    Title to the press release?
3                Did you have any issue with the press
4    release saying that "Tom Dundon commits $250 Million to
5    the Alliance of American Football"?
6          A.    No.
7          Q.    If you didn't commit 250 million, then why
8    didn't you have a problem with the title?
9          A.    So the -- I was committed, if we hit the
10   numbers that we needed, to spend the 250.  I was
11   personally committed every day.  That's why I did this
12   press release.  That's why I worked so hard at it.
13   That if we needed that money and we kept performing or
14   started to perform, then I would be happy to have done
15   it.
16         Q.    Does this press release say Tom Dundon
17   would be happy to do this if certain things happened?
18         A.    This press release is marketing.  It's not
19   a contract.  You have the contract.
20         Q.    So it didn't matter to you whether or not
21   what this press release said was true?
22         A.    It was true.  I was committed to the
23   business.  There's a big difference between committed
24   in a press release and committed in a term sheet.
25         Q.    Tell me the difference.
```

Page 167

| | | |
|---|---|---|
| 1 | You testified about this today quite a bit | |
| 2 | about how you would prepare what are these cash | |
| 3 | flow funding requests to the Dundon group on a | |
| 4 | weekly basis. | |
| 5 | Do you understand? | 15:20 |
| 6 | A.  Yes. | |
| 7 | Q.  And you would submit that request to | |
| 8 | Mr. Vanderbilt and/or Mr. Zutter to get funding | |
| 9 | from the Dundon group, correct? | |
| 10 | A.  Yes. | 15:20 |
| 11 | Q.  Are you aware of any of those requests | |
| 12 | that you submitted that were not fulfilled by the | |
| 13 | Dundon group? | |
| 14 | MR. ENGEL:  Object to form. | |
| 15 | THE WITNESS:  I'm not aware of a specific | 15:20 |
| 16 | instance.  However, I do know that there was times | |
| 17 | in which the total amount in the roll-up was less | |
| 18 | than what was wired, and that -- but that would | |
| 19 | have come with, hey, we're not going to pay for | |
| 20 | this.  It wasn't -- they didn't send us the amount | 15:20 |
| 21 | that they said that they would.  It was, hey, let's | |
| 22 | take this off the list, so therefore I'm going to | |
| 23 | reduce down the total that you're asking for to the | |
| 24 | total, minus these line items, and that's what they | |
| 25 | would send. | 15:20 |

Page 232

```
 1   BY MR. HOCKADAY:
 2       Q.  I'm going to hand you what we're going to
 3   mark as Exhibit 128.
 4           Mr. Farrell, I handed you what we're going
 5   to mark as Exhibit 128, which is further                    15:21
 6   correspondence on that same chain between you and
 7   Mr. Vanderbilt.  If we go to Monday, April 15th,
 8   2019 at 2:07 p.m., you wrote, "Still checking with
 9   Alan, but I sorted out my discrepancy.  I was
10   holding 500K as a buffer, meaning spending only up          15:21
11   to 69.5 million.  With the 450K sent last week, up
12   from 419K, and this time number, I think we're in
13   agreement."
14           Do you see that?
15       A.  Yes.                                                15:22
16       Q.  Does that refresh your recollection as far
17   as the amount withheld on Exhibit 127 in the
18   attachment?
19       A.  The remaining?
20       Q.  Correct.                                            15:22
21       A.  Yes.  And I believe they sent that as a --
22   as a final wire.  I believe that was the intent was
23   to send that as a final settlement amount to reach
24   the 70 million.
25       Q.  Understood.                                         15:22
```

Page 233

|   |   |
|---|---|
| 1 | REPORTER'S CERTIFICATE |
| 2 | |
| 3 | |
| 4 | I, DIANA L. GONZALEZ, do hereby |
| 5 | certify: |
| 6 | That KEVIN FARRELL, in the foregoing |
| 7 | deposition named, was present and by me sworn as a |
| 8 | witness in the above-entitled action at the time |
| 9 | and place therein specified; |
| 10 | That said deposition was taken before me |
| 11 | at said time and place, and was taken down in |
| 12 | shorthand by me, a Certified Shorthand Reporter of |
| 13 | the State of California, and was thereafter |
| 14 | transcribed into typewriting, and that the |
| 15 | foregoing transcript constitutes a full, true and |
| 16 | correct report of said deposition and of the |
| 17 | proceedings that took place; |
| 18 | IN WITNESS WHEREOF, I have hereunder |
| 19 | subscribed my hand this 9th day of November, 2024. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | DIANA L. GONZALEZ, CSR NO. 7935 |
|    | State of California |
| 25 | |

Page 280