EXHIBIT

**11**

## <u>DECLARATION OF JEFF VANDERBILT</u>

My name is Jeff Vanderbilt.  My address is 2100 Ross Avenue, Suite 1900, Dallas, Texas 75201. My date of birth is May 4, 1982.  I declare under penalty of perjury that the following is true and correct.

1.      I am over 21 years of age and of sound mind. I am competent to make this declaration and to testify to the matters stated herein.

2.      Attached hereto is a true and correct copy of an e-mail I sent to Kevin Farrell and Alan Kantowitz, employees of the Alliance of American Football League.  Attached to the email is a true and correct copy of an invoice for transaction fees incurred by Dundon Capital Partners related to the Term Sheet dated February 14, 2019.

3.      The fees to pay the invoice attached to my e-mail were deducted from the cumulative maximum commitment in the Term Sheet.

4.      I declare under penalty of perjury pursuant to 28 U.S.C. §1746 the foregoing is true and correct.

Executed in Dallas County, Texas on December 13.00, 2024.

Signed by:

*Jeff Vanderbilt*  _____
EA958BDC4DA14D5...
JEFF VANDERBILT

Message

| | |
|---|---|
| **From**: | Jeff Vanderbilt [jv@dundon.co] |
| **Sent**: | 4/2/2019 10:13:41 PM |
| **To**: | Kevin Farrell [kevin.farrell@aaf.com]; Alan Kantowitz [alan@aaf.com] |
| **Subject**: | Dundon Transactions Costs |
| **Attachments**: | Dundon Transaction Costs Invoice.pdf |

For documentation purposes, please see attached an invoice that reflect the transaction costs.

No action required, although we might want to remove this line item from the business plan Alan (as we can say it's already been settled).

**Jeff Vanderbilt**
Chief Financial Officer
Dundon Capital Partners
Office: ▮▮▮▮▮▮▮▮
Cell: ▮▮▮▮▮▮▮▮

# DCP DUNDON CAPITAL PARTNERS

# 2100 Ross Avenue - DCP Transaction Fee

C/O Jeff Vanderbilt 2100 Ross Ave. Suite 3200 Dallas, TX 75201

jv@dundon.co

| Due From | Dundon Capital Partners | Total Amount Due | $ | - |
|---|---|---|---|---|
| As of Date | 4/2/2019 | | | |
| Payment Due Date | N/A | | | |
| Detail | | | | |

| Item | Amount |
|---|---|
| Transaction fees incurred to date | 280,810.00 |
| Deemed Investment by DCP | (280,810.00) |
| Net Owed | - |

*Dundon Capital Partners 2100 Ross Ave Suite 3200 Dallas, TX 75201*

| | | |
|---|---|---|
| email: | accountspayable@dundon.co | |
| phone: | ███████ | |