**EXHIBIT 19**

Message
From: Michael Kives [mkives@k5global.com]
Sent: 2/11/2019 1:53:16 AM
To: Charlie Ebersol [ce@aaf.com]
CC: alan@aaf.com; Kevin Freedman [kevin@aaf.com]; Bryan Baum [bbaum@k5global.com]
Subject: Re: Per our conversation

Got it
Let's talk tomorrow

We'll have a couple ideas
But will need to work out a deal of some sort on your end
Because too short of notice for us to take carry

On Feb 10, 2019, at 9:25 PM, Charlie Ebersol <ce@aaf.com> wrote:

Michael,

Obviously, this is very sensitive info, so please don't send it outside you and your partner. In short, there is an opportunity for a motivated investor to step in and get a great deal on a tested and proven league with significant tech.

We officially launched the Alliance of American Football league with our first two games broadcast nationally on CBS last night and our groundbreaking app in the Apple and Google Play stores (we're #1 in both stores). We had a great opening night on CBS in terms of ratings (we beat the NBA -Rockets/OKC - on ABC head to head) and got great buzz on twitter (5 of the top 10 trending topics) and in the press. As with most things in startup life, with all the greatness going on, we have our challenges. As we discussed, my primary investor, who was introduced to us by the NFL, has failed to live up to his obligations. We agreed he would fund on a schedule and while he has funded $22M of his $170M obligation thus far, he is currently delinquent on his most recent funding obligations. Essentially, I need $10M to get through the next 2 weeks and an additional $60M to get through the end of the season. I have investors who will follow a legitimate lead.

Below are a few highlights from last night and some recent press for your reference.

### Opening Night Highlights

? #1 trending sports app in the app in both the Apple and Google Play App Stores
? #1 PrimeTime television program on Saturday night; 2.1 rating on CBS (beat the PrimeTime NBA game on ABC)
? 125,000 active users on mobile
? Responsible for 11 of the 20 top trending topics on Twitter in the US during the opening games
? San Antonio attendance: 27,875



?     Orlando attendance: 21,187

**Recent Press**

?     <!--[if !supportLists]--><![endif]-->https://www.dailydot.com/upstream/san-antonio-commanders-vs-san-diego-fleet/

?     <!--[if !supportLists]--><![endif]-->https://www.nytimes.com/2019/02/08/sports/football/alliance-of-american-football-betting-aaf.html

?     <!--[if !supportLists]--><![endif]-->https://www.theringer.com/nfl/2019/2/8/18216486/aaf-new-football-league-christian-hackenberg-alliance-american

All my best,

C




Charlie Ebersol
Founder & CEO

▮

AAF.com

<image001.jpg>

DISCLAIMER:
This e-mail is only intended for the person(s) to whom it is addressed and may contain confidential information. Unless stated to the contrary, any opinions or comments are personal to the writer and do not represent the official view of the company. If you have received this e-mail in error, please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

<FullSizeRender.jpeg>
<IMG_3098.jpeg>
<IMG_3075.jpeg>
<ESMG Financial Projections Model vF.xlsx>

TR0001628257