**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | |
| **LEGENDARY FIELD** | § | **CASE NO. 19-50900-CAG** |
| **EXHIBITIONS, LLC,** | § | |
| | § | **CHAPTER 7** |
| | § | |
| **DEBTOR.** | § | |

| | | |
|---|---|---|
| **RANDOLPH N. OSHEROW, Chapter 7** | § | |
| **Trustee, and the Bankruptcy Estates of** | § | |
| **Legendary Field Exhibits, LLC, AAF** | § | |
| **Players, LLC, AAF Properties, LLC;** | § | |
| **Ebersol Sports Media Group, Inc., LFE** | § | |
| **2, LLC, and We Are Realtime, LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | **Adversary No. 22-05078-CAG-7** |
| | § | |
| **v.** | § | |
| | § | |
| **THOMAS DUNDON, JOHN ZUTTER,** | § | |
| **and DUNDON CAPITAL PARTNERS,** | § | |
| **LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants filed a Motion for Summary Judgment.  [ECF. _____]  The Court is of the

opinion that the motion should be granted as to each point marked below.

The Trustee shall take nothing on his claims set out in the Amended Complaint [ECF 56]

for

_____     Count 1–breach of oral contract against Thomas Dundon

_____     Count 2–breach of contract against Dundon Capital Partners,
LLC

_____     Count 3–breach of the duty of good faith and fair dealing
against Thomas Dundon and Dundon Capital Partners, LLC

_____     Count 4–promissory estoppel against Thomas Dundon

_____     Count 5–breach of fiduciary duty against Thomas Dundon[1]

_____     Count 11–common law fraud, fraud by non-disclosure,
constructive fraud against Thomas Dundon

_____     Count 12–fraud in the inducement against Thomas Dundon

_____     Count 13–negligent misrepresentation against Thomas
Dundon

_____     Count 15–unjust enrichment against Thomas Dundon and
Dundon Capital Partners, LLC[2]

_____     Count 16–disallowance of claims

_____     Count 17–equitable subordination

**SO ORDERED.**

# # #

---

[1] That part of Count 5 against John Zutter is addressed in a separate order.

[2] That part of Count 5 against John Zutter is addressed in a separate order.

Prepared and submitted by,

**BELL NUNNALLY & MARTIN LLP**

By:    /s/ *Beverly A. Whitley*
        Jeffrey S. Lowenstein
        Texas Bar No. 24007574
        jlowenstein@bellnunnally.com
        Beverly A. Whitley
        Texas Bar No. 21374500
        bwhitley@bellnunnally.com
        Brent D. Hockaday
        Texas Bar No. 24071295
        bhockaday@bellnunnally.com
        2323 Ross Ave., Ste. 1900
        Dallas, Texas 75201
        (214) 740-1400
        (214) 740-1499 Fax

        **AND**

        **BRANSCOMB PLLC**
        Patrick H. Autry
        Texas Bar No. 01447600
        pautry@branscomblaw.com
        8023 Vantage, Suite 560
        San Antonio, Texas 78230
        210.598.5400 (Telephone)
        210.598.5405 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

10445006.1/ 04251-00029