UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD | § | |
| EXHIBITIONS, LLC, ET AL., | § | |
| | § | CHAPTER 7 |
| DEBTORS. | § | |
| | § | |
| | § | |
| | § | |
| RANDOLPH N. OSHEROW, | § | |
| Chapter 7 Trustee of the Bankruptcy | § | |
| Estates of Legendary Field Exhibitions, LLC; | § | |
| AAF Players, LLC; AAF Properties, LLC; | § | |
| Ebersol Sports Media Group, Inc.; | § | ADV. PROC. NO. 22-05078-cag |
| LFE 2, LLC; and We Are Realtime, LLC, | § | |
| | § | |
| PLAINTIFF, | § | ORDER ON MOTION TO |
| | § | CONTINUE THE HEARING |
| | § | SCHEDULED FOR JANUARY 9, |
| | § | 2025, ON DEFENDANTS' |
| | § | EMERGENCY MOTION TO |
| | § | STRIKE OR TO CONTINUE |
| | § | TRIAL |
| | § | |
| v. | § | |
| | § | |
| DUNDON CAPITAL PARTNERS, LLC; | § | |
| THOMAS DUNDON; AND JOHN ZUTTER | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER ON MOTION TO CONTINUE THE HEARING SCHEDULED FOR JANUARY 9, 2025, ON DEFENDANTS' EMERGENCY MOTION TO STRIKE OR TO CONTINUE TRIAL**

## <u>ORDER ON MOTION TO CONTINUE THE HEARING SCHEDULED FOR JANUARY 9, 2025, ON DEFENDANTS' EMERGENCY MOTION TO STRIKE OR TO CONTINUE TRIAL</u>

Before the Court is the motion of Plaintiff RANDOLPH N. OSHEROW ("<u>Trustee</u>"), as the Chapter 7 Trustee of the Bankruptcy Estates of Legendary Field Exhibitions, LLC; AAF Players, LLC; AAF Properties, LLC; Ebersol Sports Media Group, Inc.; LFE 2, LLC; and We Are Realtime, LLC, Motion to Continue the January 9, 2025, telephonic hearing on Defendants' Emergency Motion to Strike or, in the Alternative, to Continue Trial ("Motion").

Having considered the papers filed in support of the Motion, the arguments of counsel at the hearing, and the case file in this action, the Court orders the following:

1.      The Motion is **GRANTED**;

2.      An in-person evidentiary hearing on Defendants' Emergency Motion to Strike or, in the Alternative, to Continue Trial will be scheduled by the Court.

**IT IS SO ORDERED.**

###

Respectfully submitted,
**ABIR COHEN TREYZON SALO, LLP**

<u>*/s/ Jonathon Farahi*</u>

Jonathon Farahi (CA SBN 324316)
**ABIR COHEN TREYZON SALO, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
Phone: (424) 288-4367
Fax: (424) 288-4368
*jfarahi@actslaw.com*