UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-50900-CAG-7 |
| LEGENDARY FIELD | § | |
| EXHIBITIONS, LLC, ET AL., | § | |
| | § | CHAPTER 7 |
| DEBTORS. | § | |
| | § | |
| | § | |
| RANDOLPH N. OSHEROW, | § | |
| Chapter 7 Trustee of the Bankruptcy | § | |
| Estates of Legendary Field Exhibitions, LLC; | § | |
| AAF Players, LLC; AAF Properties, LLC; | § | |
| Ebersol Sports Media Group, Inc.; | § | |
| LFE 2, LLC; and We Are Realtime, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | ADV. PROC. NO. 22-05078-cag |
| | § | |
| DUNDON CAPITAL PARTNERS, LLC; | § | |
| THOMAS DUNDON; AND | § | |
| JOHN ZUTTER, | § | |
| | § | |
| DEFENDANTS. | § | |

**CHAPTER 7 TRUSTEE'S WITNESS AND EXHIBIT LIST**

Plaintiff RANDOLPH N. OSHEROW (the "Trustee"), as the Chapter 7 Trustee of the Bankruptcy Estates of Legendary Field Exhibitions, LLC ("LFE"); AAF Players, LLC ("AAF Players"); AAF Properties, LLC ("AAF Properties"); Ebersol Sports Media Group, Inc. ("ESMG"); LFE 2, LLC ("LFE 2"); and We Are Realtime, LLC ("Realtime") (collectively, "Debtors") files this Witness and Exhibit List for use in connection with the hearing on Chapter 7 Trustee's Motion to Amend Complaint to Conform to Evidence Facts Conclusively Established [ECF No. 249] and Chapter 7 Trustee's Amended Motion to Amend Complaint to Conform to

Evidence Facts Conclusively Established [ECF No. 255] (collectively, the "Motion"), to be held in the above-referenced matter, set for **Friday, February 14, 2025, at 10:00 a.m.**

## WITNESSES

Trustee may call the following witnesses to testify at any hearing on the Motion, whether in person or by affidavit, declaration or proffer:

| Ex. No. | Description |
|---|---|
| 1. | Any witnesses called or designated by any other party; and |
| 2. | Any witnesses necessary to rebut or impeach the testimony of any witness called or designated by another party. |

Trustee reserves the right to amend and supplement this witness list.

## EXHIBITS

Trustee may offer into evidence any one or more of the following exhibits[1] at the hearing on the Motion:

| Ex. No. | Description |
|---|---|
| 1. | Trustee's Motion to Amend Complaint to Conform to Evidence Facts Conclusively Established [ECF No. 249] |
| 2. | Chapter 7 Trustee's Amended Motion to Amend Complaint to Conform to Evidence Facts Conclusively Established [ECF No. 255] |
| 3. | Redline of Second Amended Complaint, Exhibit A to Amended Motion to Amend Complaint [ECF No. 255-1] |
| 4. | 2019.02.14 Email from A. Kantowitz via DocuSign to J. Zutter, Exhibit B to Amended Motion to Amend Complaint [ECF No. 255-2] |
| 5. | Excerpts from Deposition of Jeffrey James Vanderbilt, Jr. (Nov. 11, 2024), Exhibit C to Amended Motion to Amend Complaint [ECF No. 255-3] |

---

[1] Each exhibit listed includes any attachments or exhibits thereto, unless otherwise noted herein.

| | |
|---|---|
| 6. | Proposed Order Granting Chapter 7 Trustee's Amended Motion to Amend Complaint, Exhibit D to Amended Motion to Amend Complaint [ECF No. 255-4] |
| | Any exhibit identified or offered by any other party. |
| | Any rebuttal exhibit. |
| | Any exhibit necessary for impeachment purposes. |

## **RESERVATION OF RIGHTS**

The foregoing witness and exhibit list is being submitted based on information reasonably available to Trustee at this time and without waiving any objection as to relevance, materiality, or admissibility of evidence in this litigation. Trustee reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or other documents, and to supplement or amend this Witness and Exhibit List at any time before any hearing held on the Motion.

Dated: February 13, 2025   Respectfully submitted,

*/s/ Katharine Battaia Clark*
**Nicole L. Williams** (SBN 24041784)
**Katharine Battaia Clark** (SBN 24046712)
**Thompson Coburn LLP**
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Phone: (972) 629-7100
Fax: (972) 629-7171
nwilliams@thompsoncoburn.com
kclark@thompsoncoburn.com

**and**

**Boris Treyzon** (CA SBN 18893)
Admitted *Pro Hac Vice*
**Jonathon Farahi** (CA SBN 324316)
Admitted *Pro Hac Vice*
**Abir Cohen Treyzon Salo, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
Phone: (424) 288-4367
Fax: (424-288-4368
btreyzon@actslaw.com
jfarahi@actslaw.com

    and

**Brian S. Engel** (SBN 00789279)
**Steve P. Turner** (SBN: (20314700)
**Barrett Daffin Frappier Turner & Engel, LLP**
580 La Ventana Blvd.
Driftwood, Texas 78619
Phone: (512) 687-2503
Fax: (512) 477-0008
brianen@bdfgroup.com
stevet@bdfgroup.com

**ATTORNEYS FOR PLAINTIFF**
**RANDOLPH N. OSHEROW,**
**CHAPTER 7 TRUSTEE, DEBTORS' ESTATE**

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 13, 2025, a true and correct copy of the foregoing document was served to the below listed parties via electronic means as listed on the Court's ECF noticing system or by electronic mail.

*VIA EMAIL*
K&L Gates, LLP
Brent D. Hockaday
1717 Main Street, Ste. 2800
Dallas, TX 75201
brent.hockaday@klgates.com

*VIA EMAIL*
Bell Nunnally & Martin LLP
Jeffrey S. Lowenstein
Beverly A. Whitley
Brent A. Turman
Sydnie A Shimkus
2323 Ross Ave., Ste 1900
Dallas, TX 75201
jlowenstein@bellnunally.com
bwhitley@bellnunnally.com
bturman@bellnunnaly.com
sshimkus@bellnunnally.com

          */s/ Katharine Battaia Clark*
          Katharine Battaia Clark