# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

Adversary Proceeding No.: 22–05078–cag

Judge: Craig A Gargotta

**Randolph N. Osherow, in his capacity as Chapter 7 Trustee et al.**
Plaintiff

v.

**Thomas G. Dundon et al.**
Defendant

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    VIA TELEPHONE: 669–254–5252, Meeting ID: 160 8446 6872

on    **4/7/25  at  01:30 PM**

STATUS Hearing to Consider and Act Upon the Following: (related document(s): 56 First Amended Complaint filed by Katharine Battaia Clark for Plaintiff Randolph N. Osherow, in his capacity as Chapter 7 Trustee (related document(s): 1 Original Complaint filed by Randolph N. Osherow, in his capacity as Chapter 7 Trustee, Legendary Field Exhibitions, LLC, AAF Players, LLC, AAF Properties, LLC, Ebersol Sports Media Group, Inc., LFE 2, LLC, We Are Realtime, LLC against Thomas G. Dundon, John Zutter, Dundon Capital Partners, LLC(Nature(s) of Suit:(14 (Recovery of money/property – other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(81 (Subordination of claim or interest)),(13 (Recovery of money/property – 548 fraudulent transfer)),(72 (Injunctive relief – other))). Status Hearing Set For 4/7/2025 at 01:30 PM at VIA TELEPHONE–Conference Dial–In Number:669–254–5252 ID: 160 8446 6872 (Mujica, Roxanne)

Dated:  4/1/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Status Hearing Notice (AP)]** [NtcsthrgAPap]