# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

Adversary Proceeding No.: 22–05078–cag

Judge: Craig A Gargotta

**Randolph N. Osherow, in his capacity as Chapter 7 Trustee et al.**
Plaintiff

v.

**Thomas G. Dundon et al.**
Defendant

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **06/06/2025** was filed on **11/21/2025**. The following deadlines apply:

The parties have until **November 28, 2025** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **December 12, 2025**.

If a request for redaction is filed, the redacted transcript is due **December 22, 2025**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **February 19, 2026** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Veritext Legal Solutions 800–336–4000**, or you may view the document at the clerk's office public terminal.

Dated: 11/21/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Rob Lawson

[Notice of Filing of Transcript (AP)] [NtcftddlrrAPap]