

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 05, 2025.**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § § | CASE NO. 19-50900-CAG |
| LEGENDARY FIELD EXHIBITIONS, LLC, | § § § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

| | | |
|---|---|---|
| RANDOLPH N. OSHEROW, Chapter 7 Trustee, and the Bankruptcy Estates of Legendary Field Exhibitions, LLC; AAF Players, LLC; AAF Properties, LLC; Ebersol Sports Media Group, Inc.; LFE 2, LLC; and We Are Realtime, LLC, | § § § § § § § | |
| Plaintiffs, | § § | Adversary No. 22-05078-CAG-7 |
| v. | § § | |
| THOMAS DUNDON, JOHN ZUTTER, and DUNDON CAPITAL PARTNERS LLC, | § § § | |
| Defendants. | § | |

**JUDGMENT**

1

Trustee Randolph N. Osherow, Chapter 7 Trustee for the Bankruptcy Estates of Legendary Field Exhibits, LLC, AAF Players, LLC, AAF Properties, LLC, Ebersol Sports Media Group, Inc., LFE 2, LLC, and We Are Realtime, LLC, shall have and recover nominal damages in the amount of $1 from Thomas Dundon.

Trustee Randolph N. Osherow, Chapter & Trustee for the Bankruptcy Estates of Legendary Field Exhibits, LLC, AAF Players, LLC, AAF Properties, LLC, Ebersol Sports Media Group, Inc., LFE 2, LLC, and We Are Realtime, LLC, shall take nothing on the remainder of his claims.

The proofs of claim filed by Dundon Capital Partners, LLC and Thomas Dundon are disallowed.

Defendants shall recover costs from the Trustee.

**SO ORDERED.**

###

Prepared and submitted by,

| | |
|---|---|
| **BELL NUNNALLY & MARTIN LLP** | **K&L GATES LLP** |
| By: /s/*Beverly A. Whitley* | /s/ *Brent D. Hockaday* |
| Jeffrey S. Lowenstein | Brent D. Hockaday |
| Texas Bar No. 24007574 | Texas Bar No. 24071295 |
| jlowenstein@bellnunnally.com | Brent.hockaday@klgates.com |
| Beverly A. Whitley | K&L Gates LLP |
| Texas Bar No. 241374500 | 2828 N. Harwood Street, Suite 1800 |
| bwhitley@bellnunnally.com | Dallas, Texas 75201 |
| Gwen I. Walraven | 214-939-5677 |
| Texas Bar No. 24047065 | 214-939-5849 (fax) |
| gwalraven@bellnunnally.com | |
| David G. Webster | |
| Texas Bar No. 24081199 | **ATTORNEYS FOR DEFENDANTS** |
| dwebster@bellnunnally.com | |
| Laura K. Lavernia | |
| Texas Bar. No. 24126586 | |
| llavernia@bellnunnally.com | |
| 2323 Ross Ave., Ste. 1900 | |
| Dallas, Texas 75201 | |
| (214) 740-1400 | |
| (214) 740-1499 Fax | |

11056635.1